IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00965-BNB

SERGEY GENAD'YEVICH NOVITSKIY,

     Petitioner,

v.

MATT HOLM,
CARL ZABAT, and
LYNN DOBLE-SALICRUP, Wardens of Aurora I.C.E. Processing Center,

     Respondents.

_____

ORDER DRAWING CASE
_____

     After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, this

case is being drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR

8.2D.  Accordingly, it is

     ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

     DATED April 12, 2012, at Denver, Colorado.

               BY THE COURT:

                s/ Boyd N. Boland_____
               United States Magistrate Judge