IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-00965-MSK

SERGEY GENAD'YEVI NOVITSKIY,

    Petitioner,

v.

WARDEN OF AURORA I.C.E. PROCESSING CENTER;
MATT HOLM;
CARL ZABAT; and
LYNN DOBLE-SALICRUP,

    Respondents.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order filed on January 22, 2013 denying Petitioner's Application for a Writ of Habeas Corpus (Doc. #1), it is

ORDERED that:

The Petitioner's Application for a Writ of Habeas Corpus (Doc. #1) is **DENIED.**

The action is dismissed without prejudice and the case is closed.

Dated this 23rd day of January, 2013, at Denver, Colorado.

                                ENTERED FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                                By: s/Edward P. Butler
                                Edward P. Butler, Deputy Clerk